UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| PRO-DRIVER LEASING SYSTEMS, INC., ) | |
| Plaintiff & Counter-Defendant, ) | |
| ) | Case No.: 2:16-CV-995-JPS |
| v. ) | |
| ) | |
| THE CINCINNATI INDEMNITY CO., ) | |
| Defendant, Counter-Claimant & ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PDL, INC. ) | |
| Third-Party Defendant. ) | |

---

## JOINT MOTION TO DISMISS WITH PREJUDICE
---

Plaintiff and Counter-Defendant Pro-Driver Leasing Systems, Inc.; Defendant, Counter-Claimant and Third-Party Plaintiff The Cincinnati Indemnity Co.; and Third-Party Defendant PDL, Inc., by their attorneys, pursuant to Rule 41, submit herewith their Joint Motion to Dismiss With Prejudice. The matters at issue in this action have been resolved. The Parties request the Court grant their proposed Order of Dismissal With Prejudice and dismiss all claims in this action with prejudice and without costs to any party.

Dated this <u>24th</u> day of January 2018.

/s/ David A. Gauntlett
David A. Gauntlett
Attorney for Pro-Driver Leasing Systems, Inc.
and PDL, Inc.

Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612
Phone: (949) 553-1010
Fax: (949) 553-2050
Email: dag@gauntlettlaw.com

                                                               /s/ John L. Pollock
                                                                John L. Pollock

Litchfield Cavo, LLP                                          Attorney for Cincinnati Indemnity Co.
13400 Bishops Lane, Suite 290
Brookfield, WI 53005
Phone:       (262) 784-9157
Fax:         (262) 784-8812
Email:       pollock@litchfieldcavo.com