# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PRODRIVER LEASING SYSTEMS, INC.,

                Plaintiff,

v.

THE CINCINNATI INDEMNITY COMPANY,

                Defendant and
                Third-Party Plaintiff,

v.

PDL, INC.,

                Third-Party Defendant.

Case No. 16-CV-995-JPS

**ORDER**

On January 24, 2018, the parties filed a joint motion to dismiss this action with prejudice and without costs assessed to any party. (Docket #95). The Court herewith grants that request. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint motion to dismiss (Docket #95) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 24th day of January, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge